JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREAN AMERICAN MEDICAL GROUP INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOHN ATTENELLO MD APC,<br><br>Defendant. | Case No. 2:25-cv-11214-SRM-AJR<br><br>**ORDER**<br>**1. GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES PURSUANT TO FRCP 42(a) [18], AND**<br>**2. DENYING MOTION TO DISMISS [19]** |
| DR. JOHN ATTENELLO, APC,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL MEDICAL GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-11221-SRM-AJR<br><br>**ORDER**<br>**1. CONSOLIDATING CASES PURSUANT TO FRCP 42(a),**<br>**2. DENYING MOTION TO MOTION TO DISMISS [13], AND**<br>**3. DENYING MOTION TO REMAND [17]** |

| | |
|---|---|
| MD JOHN ATTENELLO,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL MEDICAL GROUP, INC,<br><br>Defendant. | Case No. 2:25-cv-11233-SRM-AJR<br><br>**ORDER**<br>**1. CONSOLIDATING CASES PURSUANT TO FRCP 42(a), AND**<br>**2. DENYING MOTION TO DISMISS [17]** |
| JOHN ATTENELLO,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL MEDICAL GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-11238-SRM-AJR<br><br>**ORDER**<br>**1. CONSOLIDATING CASES PURSUANT TO FRCP 42(a), AND**<br>**2. DENYING MOTION TO REMAND [22], AND**<br>**3. DENYING MOTION TO DISMISS [24]** |

Before the Court are Plaintiffs Korean American Medical Group Inc. and Seoul Medical Group, Inc.'s ("Plaintiffs") Motion to Consolidate ("Motion") four related actions involving Defendants John Attenello and Premier Orthopedic and Spine Group, Inc. ("Defendants"). Dkt. 18. For the reasons below, the Motion is **GRANTED**.

The dispute between the Parties arises from the question of how much Defendants are owed for the services provided to Plaintiffs as a non-contractor. There is also a dispute as to whether Plaintiffs owe Defendants additional compensation pursuant to a purported settlement agreement regarding an underlying state case pertaining to Defendants' claims. The Parties' underlying allegations include violations of federal law 42 U.S.C. § 1395w-26(b)(3), 42 U.S.C. § 1395w-22(k)(1), and 42 C.F.R. § 422.214(a) and/or state law Health & Safety Code § 1371.35 and 28 CCR § 1300.71.4.

/ / /

The four cases Plaintiffs seek to consolidate are:

- 2:25-cv-11214-SRM-AJR, *Korean American Medical Group Inc. et al v. Dr. John Attenello MD APC, et al*;
- 2:25-cv-11221-SRM-AJR, *Dr. John Attenello, APC v. Seoul Medical Group, Inc.*;
- 2:25-cv-11233-SRM-AJR, *MD John Attenello v. Seoul Medical Group, Inc.*; and
- 2:25-cv-11238-SRM-AJR, *MD John Attenello v. Seoul Medical Group, Inc.*

The Court has substantial discretion in determining whether actions should be consolidated. *Invs. Rsch. Co. v. U.S. Dist. Ct for Cent. Dist. of California*, 877 F.2d 777(9th Cir. 1989). Federal Rule of Civil Procedure 42 provides for the consolidation of actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a). In deciding whether to consolidate actions, the Court should weigh "the saving of time and effort consolidation would produce" against "any inconvenience, delay, or expense that it would cause." *Thomas Inv. Partners, Ltd., v. United States*, 444 F. App'x 190, 193 (9th Cir. 2011) (quoting *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984)); *Rittmann v. Amazon.com Inc.*, No. C16-1554-JCC, 2022 WL 2192921, at *1 (W.D. Wash. June 16, 2022). Where consolidation may cause prejudice to a party or increase the likelihood of jury confusion, courts should consider whether the risks of prejudice and jury confusion "can be alleviated by utilizing cautionary [jury] instructions" and "controlling the manner in which [the parties' claims and defenses] are submitted to the jury for deliberation." *Eghnayem v. Bos. Sci. Corp.*, 873 F.3d 1304, 1313–14 (11th Cir. 2017) (quotation omitted). Thus, if multiple actions before the Court involve a common question of law or fact, the Court may consolidate the actions, and typically, consolidation is a favored procedure. *See* Fed. R. Civ. P. 42(a)(2); *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987).

Here, that balance tips strongly in favor of consolidation. Three of the four lawsuits Defendant filed assert the same violations against Plaintiffs arising out of the same facts alleged in Plaintiffs' FAC. Plaintiffs' lawsuit and Defendant's lawsuit hinge, in-part, on

the same question of fact and law: (1) whether federal or state law govern the rate of pay for Defendant's services, and (2) whether Defendant properly paid for his work pursuant to the correct law. Given that the four cases rely on the same facts for the same Parties, there is a strong potential for judicial efficiencies via consolidation, which outweighs the virtually non-existent potential for delay, confusion, or prejudice.

Accordingly, Plaintiffs' Motion for Consolidation is **GRANTED**. Dkt. 18. All further matters shall proceed under this case number, 2:25-cv-11214-SRM-AJR. The Court further **ORDERS** as follows:

1. As to the action *Korean American Medical Group Inc. et al v. Dr. John Attenello MD APC*, Case No. 2:25-cv-11214-SRM-AJR:
   a. Plaintiffs Korean American Medical Group Inc. and Seoul Medical Group, Inc.'s Motion to Consolidate, Dkt. 18, is **GRANTED.**
   b. Defendants Dr. John Attenello MD APC's and Premier Orthopedic and Spine Group, Inc.'s Motion to Dismiss, Dkt. 19, is **DENIED WITHOUT PREJUDICE**.
   c. Plaintiffs Korean American Medical Group Inc. and Seoul Medical Group, Inc. shall file a revised complaint under the case number 2:25-cv-11214-SRM-AJR within 14 days of the issuance of this Order. Defendant Dr. John Attenello shall file a response to Plaintiffs' complaint, including any potential counter claims, within 14 days of the date Plaintiffs file their complaint. If necessary, Plaintiffs shall reply to Defendant's complaint within 14 days of Defendant's filing.
2. As to the action *Dr. John Attenello, APC v. Seoul Medical Group, Inc.*, Case No. 2:25-cv-11221-SRM-AJR:
   a. Plaintiff Seoul Medical Group, Inc's Motion to Dismiss, Dkt. 13, is **DENIED WITHOUT PREJUDICE.**
   b. Defendant Dr. John Attenello, APC's Motion to Remand, Dkt. 17, is **DENIED WITHOUT PREJUDICE**.

3. As to the action *John Attenello v. Seoul Medical Group, Inc.*, Case No. 2:25-cv-11233-SRM-AJR:
    a. Defendant Seoul Medical Group, Inc.'s Motion to Dismiss, Dkt. 17, is **DENIED WITHOUT PREJUDICE.**
4. As to the action *MD John Attenello v. Seoul Medical Group, Inc.*, Case No. 2:25-cv-11238-SRM-AJR:
    a. Plaintiff MD John Attenello's Motion to Remand, Dkt. 22, is **DENIED WITHOUT PREJUDICE.**
    b. Defendant Seoul Medical Group, Inc.'s Motion to Dismiss, Dkt. 24, is **DENIED WITHOUT PREJUDICE**.
5. The clerk shall administratively close cases 2:25-cv-11221-SRM-AJR, 2:25-cv-11233-SRM-AJR, and 2:25-cv-11238-SRM-AJR.

**IT IS SO ORDERED.**

Dated: September 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE